**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000457
25-FEB-2022
07:51 AM
Dkt. 52 OAWST**

NO. CAAP-21-0000457

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF KL

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 21-000049)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, C.J., and Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed on February 16, 2022, by Father-Appellant, the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 25, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge